No. 99–9381. IN RE SURLES; and

No. 00–5163. IN RE LACHANCE. Petitions for writs of prohibition denied.

No. 99–1471. DESAI ET AL. v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–1496. JANAKAKIS-KOSTUN v. JANAKAKIS. Ct. App. Ky. Certiorari denied.

No. 99–1501. FORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1520. TRIBAL GOVERNING BOARD OF THE LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS v. THOMAS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1544. UNITED STATES v. TEXAS SOUTHERN UNIVERSITY ET AL.;

No. 99–1566. UNITED STATES EX REL. MITTAL v. TEXAS SOUTHERN UNIVERSITY ET AL.; and

No. 99–1705. TEXAS SOUTHERN UNIVERSITY ET AL. v. UNITED STATES EX REL. MITTAL ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 205 F. 3d 1337.

No. 99–1554. ARENA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–1567. PARAMOUNT PICTURES CORP. ET AL. v. WENDT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1627. BOTEZATU ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1647. AMERICAN TARGET ADVERTISING, INC. v. GIANI, DIRECTOR, UTAH DIVISION OF CONSUMER PROTECTION; and

No. 99–1829. GIANI, DIRECTOR, UTAH DIVISION OF CONSUMER PROTECTION v. AMERICAN TARGET ADVERTISING, INC. C. A. 10th Cir. Certiorari denied. Reported below: 199 F. 3d 1241.